**SIGNED THIS: June 30, 2005**

_____
**THOMAS L. PERKINS
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| VIVIAN A. HARDY, | ) | No. 04-85363 |
| Debtor. | ) | |

**O P I N I O N**

Before the Court are the objection by the Chapter 7 Trustee, Charles E. Covey (TRUSTEE), to the amended claim of exemption by Vivian A. Hardy, the Debtor (DEBTOR), in an annual performance bonus received from her employer after the bankruptcy was filed and the TRUSTEE'S motion for turnover of the prepetition portion of that bonus. As acknowledged by the parties at the hearings in this case, resolution of the issue would be governed by this Court's decision in *In re Edward R. Thum*, No. 04-85130, a matter then pending before the Court.

The DEBTOR filed a Chapter 7 petition on December 2, 2004. After the filing of the petition, she received an incentive bonus for the calendar year 2004 in the amount of $1,752.73. The DEBTOR filed an amended Schedule C, claiming an exemption under 735

ILCS 5/12–803 in the amount of $1,489.27, representing eighty-five percent (85%) of the prepetition proportion, calculated as 11/12ths of the amount received.[1]  The TRUSTEE objected to the DEBTOR'S claim of exemption and filed a motion for turnover.

On June 28, 2005, this Court issued its decision in *Thum*, holding that a debtor may not claim an exemption in accrued wages under 735 ILCS 5/12-803, because that statutory provision does not create a general exemption.  That ruling is dispositive here.  The DEBTOR'S claim of exemption will be denied and the TRUSTEE'S motion for turnover will be granted.

This Opinion constitutes this Court's findings of fact and conclusions of law in accordance with Federal Rule of Bankruptcy Procedure 7052.  A separate Order will be entered.

Copies to:
B. Kip Shelby, Attorney for Debtor, 1600 Associated Bank Plaza, 411 Hamilton Blvd.,
    Peoria, IL 61602
Charles E. Covey, Trustee, 700 Commerce Bank Building, Peoria, IL 61602
U.S. Trustee, 401 Main Street, Suite 1100, Peoria, IL 61602

###

---

[1] The DEBTOR has used up her wildcard exemption.  By a separate amendment to Schedule C, the DEBTOR claimed a portion of her 2004 income tax refund as exempt.